UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            Case No. 17-CR-0126

DAMIEN D. GAMBRELL,

    Defendant.

## ORDER DENYING MOTION FOR TRANSCRIPTS

Defendant Damien D. Gambrell was sentenced on August 3, 2018, to 94 months and 60 months respectively, to run concurrently, after pleading guilty to two counts: Conspiracy to Distribute Controlled Substances and Coercion or Enticement of a Female, contrary to 18 U.S.C. §§ 846 & 841(b)(1)(B) and 18 U.S.C. §§ 2422(a) & (2) respectively. No appeal was taken. This court received a letter/motion requesting a copy of his sentencing transcripts be provided at no charge. That request is denied.

Gambrell states that "as of now I am indigent". Although Gambrell states he is unable to afford to pay for the transcripts himself, he fails to state why he is in need of the transcripts. As indicated, no appeal was taken and there is currently no post-conviction motion pending before the court. Absent some indication as to why Gambrell is in need of the transcripts, his motion is denied.

**SO ORDERED** this  28th  day of December, 2018.

                                                          s/ William C. Griesbach
                                                         William C. Griesbach, Chief Judge
                                                         United States District Court - WIED